

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2024

No. 04-23-00931-CV

David **RANGEL** Jr.,
Appellant

v.

Charlene **RANGEL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-19793
Honorable Monique Diaz, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the trial court's January 3, 2024 Order on Ability to Afford Costs is AFFIRMED. *See* TEX. R. CIV. P. 145(f). We tax costs of court for this challenge to the trial court's order against David Rangel Jr. *See* TEX. R. CIV. P. 145(h).

We ORDER Appellant to (1) pay for, or make arrangements to pay for, the reporter's record(s) *and* (2) file in this court a written verification of any payments or payment arrangements for the record(s) within FIFTEEN DAYS of the date of this order.

If Appellant fails to pay for the reporter's record(s) as ordered, we will only "consider and decide those issues or points that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

It is so **ORDERED** on May 15, 2024.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk